| | |
|---|---|
| 1 | Steven R. Blackburn, State Bar No. 154797 |
| 2 | Andrew J. Sommer, State Bar No. 192844<br>EPSTEIN BECKER & GREEN, P.C. |
| 3 | One California Street, 26th Floor<br>San Francisco, California 94111-5427 |
| 4 | Telephone: 415.398.3500<br>Facsimile: 415.398.0955 |
| 5 | sblackburn@ebglaw.com<br>asommer@ebglaw.com |
| 6 | Attorneys for Defendant, |
| 7 | INTERNATIONAL FIDELITY INSURANCE<br>COMPANY |

FILED
JUN 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

EDL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN E. CHAMBERS,

    Plaintiff,

v.

INTERNATIONAL FIDELITY
INSURANCE COMPANY, an Entity of
Unknown Form; and DOES 1-20

    Defendants.

CASE NO. CV 08 2994

DEFENDANT INTERNATIONAL
FIDELITY INSURANCE COMPANY'S
CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS

[USDC Northern District Local Rule 3-16, FRCP 7.1]

    Pursuant to Civil L.R. 3-16 and Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant International Fidelity Insurance Company, a privately held corporation, certifies that as of this date, other than the named party, there is no such interest to report.

DATED: June 17, 2008

EPSTEIN BECKER & GREEN, P.C.

By: _____
    Steven R. Blackburn
    Andrew J. Sommer
Attorneys for Defendant
INTERNATIONAL FIDELITY
INSURANCE COMPANY

SF:175170v1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

1. At the time of service I was at least 18 years of age and **not a party to this legal action**.

2. My business address is One California Street, 26th Floor, San Francisco, California 94111-5427.

3. I served copies of the following documents (specify the exact title of each document served):

   **DEFENDANT INTERNATIONAL FIDELITY INSURANCE COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

   Charles R. Gossage, Esq.   *Attorneys for Plaintiff*
   31441 Santa Margarita Parkway
   Suite A260                 Tel   (949) 709-0006
   Rancho Santa Margarita, CA 92688   Fax   (949) 709-7838

5. ☑ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one):*

   (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

   (2) ☑ placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

   I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

6. I served the documents by the means described in item 5 on *(date):* June 17, 2008

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 06/17/08 | Virginia Li | *(signature)* |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

- 2 -

SF:175170v1                                  Certification of Interested Entities or Persons