Steven R. Blackburn, State Bar No. 154797
Andrew J. Sommer, State Bar No. 192844
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone: 415.398.3500
Facsimile: 415.398.0955
sblackburn@ebglaw.com
asommer@ebglaw.com

Attorneys for Defendant,
INTERNATIONAL FIDELITY INSURANCE
COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. CHAMBERS,<br><br>  Plaintiff,<br><br>  v.<br><br>INTERNATIONAL FIDELITY<br>INSURANCE COMPANY, an Entity of<br>Unknown Form; and DOES 1-20<br><br>  Defendants. | CASE NO. C-08-02994 EDL<br><br>**PROOF OF SERVICE OF INITIAL DOCUMENTS** |

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

1. At the time of service I was at least 18 years of age and **not a party to this legal action**.

2. My business address is One California Street, 26th Floor, San Francisco, California 94111-5427.

SF:175283v1

3. I served copies of the following documents (specify the exact title of each document served):

- CIVIL CASE COVER SHEET
- WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO
- DROP BOX FILING PROCEDURES
- NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL
- [BLANK] CONSENT TO JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE
- [BLANK] DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE
- ECF REGISTRATION INFORMATION HANDOUT
- ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
- STANDING ORDER – MAGISTRATE JUDGE ELIZABETH D. LAPORTE
- STANDING ORDER RE: CASE MANAGEMENT CONFERENCE
- STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA – CONTENTS OF JOINT CASE MANAGEMENT STATEMENT
- PUBLIC NOTICE - MAGISTRATE JUDGE- U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
- CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

SF:175283v1

Proof of Service for Initial Documents
C08-02994 EDL

|   |   |
|---|---|
| Charles R. Gossage, Esq.<br>31441 Santa Margarita Parkway<br>Suite A260<br>Rancho Santa Margarita, CA 92688 | *Attorneys for Plaintiff*<br>Tel   (949) 709-0006<br>Fax   (949) 709-7838 |

5.   ☑   **By United States mail**. I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one):*

(1) ☐   deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

(2) ☑   placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

6.   I served the documents by the means described in item 5 on *(date):* June 17, 2008

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 06/17/08 | Virginia Li | *(signature)* |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

SF:175283v1                                                          Proof of Service for Initial Documents
                                                                                         C08-02994 EDL