1  Steven R. Blackburn, State Bar No. 154797
   Andrew J. Sommer, State Bar No. 192844
2  EPSTEIN BECKER & GREEN, P.C.
   One California Street, 26th Floor
3  San Francisco, California 94111-5427
   Telephone:  415.398.3500
4  Facsimile:  415.398.0955
   sblackburn@ebglaw.com
5  asommer@ebglaw.com

6  Attorneys for Defendant,
   INTERNATIONAL FIDELITY INSURANCE
7  COMPANY

8

9             UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12 | KEVIN E. CHAMBERS, | CASE NO. C-08-02994 EDL |
13 |         Plaintiff, | |
14 |     v. | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
15 | INTERNATIONAL FIDELITY INSURANCE COMPANY, an Entity of Unknown Form; and DOES 1-20 | |
16 | | |
17 |         Defendants. | |

18

19        REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

20        The undersigned party hereby declines to consent to the assignment of this case to a

21 United States Magistrate Judge for trial and disposition and hereby requests the reassignment of

22 this case to a United States District Judge.

23 DATED: August 6, 2008                EPSTEIN BECKER & GREEN, P.C.

24

25                                      By:  /s/ Andrew J. Sommer
                                             Steven R. Blackburn
26                                           Andrew J. Sommer
                                        Attorneys for Defendant
27                                      INTERNATIONAL FIDELITY
                                        INSURANCE COMPANY
28

---

SF:180212v1                             Declination to Proceed before a Magistrate Judge
                                                                       C-08-02994 EDL