**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN E CHAMBERS,                                          No. C 08-02994 MHP

          Plaintiff(s),                              **CLERK'S NOTICE**
                                                          **(Scheduling Case Management Conference**
   v.                                         **in Reassigned Case)**

INTERNATIONAL FIDELITY INSURANCE
CO,

          Defendant(s).
_____/

      This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending

hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday,**

**September 29, 2008, at 4:00 p.m.**  A Joint Case Management Statement is due ten days prior to the

conference.  Plaintiff is responsible for forwarding a copy of the form for the Joint Case

Management Statement on all defendants, and shall also serve a copy of this notice on all

defendants.

                                        Richard W. Wieking
                                        Clerk, U.S. District Court

Dated:  August 12, 2008                        Anthony Bowser, Deputy Clerk to the
                                        Honorable Marilyn Hall Patel
                                          (415) 522-3140