1  Steven R. Blackburn, State Bar No. 154797
   Andrew J. Sommer, State Bar No. 192844
2  EPSTEIN BECKER & GREEN, P.C.
   One California Street, 26th Floor
3  San Francisco, California 94111-5427
   Telephone: 415.398.3500
4  Facsimile: 415.398.0955
   sblackburn@ebglaw.com
5  asommer@ebglaw.com

6  Attorneys for Defendant,
   INTERNATIONAL FIDELITY INSURANCE
7  COMPANY

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | KEVIN E. CHAMBERS,                  | CASE NO. C-08-02994 MHP
13 |         Plaintiff,                  |
   |                                     | **ADR CERTIFICATION BY PARTIES**
14 |   v.                                | **AND COUNSEL**
15 | INTERNATIONAL FIDELITY              |
   | INSURANCE COMPANY, an Entity of     |
16 | Unknown Form; and DOES 1-20         |
17 |         Defendants.                 |

18

19 Pursuant to Civ. L.R. 16 (b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or

20 she has:

21    (1) Read either the handbook entitled *"Dispute Resolution Procedures in the Northern*

22 *District of California,"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited*

23 *printed copies are available from the clerk's office for parties in cases not subject to the court's*

24 *Electronic Case Filing program (ECF) under General Order 45);*

25    (2) Discussed the available dispute resolution options provided by the Court and private

26 entities; and

27 ///

28 ///

1     (3) Considered whether this case might benefit from any of the available dispute
2 resolution options.

4 Dated: 9/3/08

                                                  Bea Sampedro for INTERNATIONAL
                                                  FIDELITY INSURANCE COMPANY

7 Dated: September 3, 2008           /s/ Andrew J. Sommer
                                                    Counsel for
                                                    INTERNATIONAL FIDELITY
                                                    INSURANCE COMPANY