Steven R. Blackburn, State Bar No. 154797
Andrew J. Sommer, State Bar No. 192844
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone:  415.398.3500
Facsimile:  415.398.0955
sblackburn@ebglaw.com
asommer@ebglaw.com

Attorneys for Defendant,
INTERNATIONAL FIDELITY INSURANCE
COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. CHAMBERS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>INTERNATIONAL FIDELITY INSURANCE COMPANY, an Entity of Unknown Form; and DOES 1-20<br><br>　　　　　Defendants. | CASE NO. C-08-02994 MHP<br><br>**NOTICE OF NEED FOR ADR PHONE CONFERENCE** |

　　　Counsel for Defendant INTERNATIONAL FIDELITY INSURANCE COMPANY reports that counsel have not met and conferred regarding ADR process selection because counsel for Plaintiff KEVIN E. CHAMBERS has not responded to defense counsel's requests to meet and confer pursuant to FRCivP. 26(f) and ADR L.R. 3-5.

　　　Date of Case Management Conference:  September 29, 2008

///

///

///

///

///

///

1  The following counsel will participate in the ADR phone conference:

2  Andrew J. Sommer
   Defendant International Fidelity Insurance Company
3  (415) 398-3500
   asommer@ebglaw.com
4
   Charles R. Gossage
5  Plaintiff Kevin E. Chambers
   (949)709-0006
6  chuck@crgossage.com

7

8  Dated:  September 3, 2008                    /s/ Andrew J. Sommer
                                                Counsel for
9                                               INTERNATIONAL FIDELITY
                                                INSURANCE COMPANY
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

SF:185643v1                                     Notice of Need for ADR Phone Conference
                                                C-08-02994 MHP