| | |
|---|---|
| 1 | Charles R. Gossage, State Bar No., 166260 |
| 2 | 31441 Santa Margarita Pkwy, Ste A260 |
|   | Rancho Santa Margarita, CA, 92688 |
| 3 | Telephone: (949) 709-0006 |
|   | Facsimile: (949) 709-7838 |
| 4 | chuck@crgossage.com |

Attorney for Plaintiff
KEVIN E. CHAMBERS

Steven R. Blackburn, State Bar No. 154797
Andrew J. Sommer, State Bar No. 192844
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone:  415.398.3500
Facsimile:  415.398.0955
sblackburn@ebglaw.com
asommer@ebglaw.com

Attorneys for Defendant,
INTERNATIONAL FIDELITY INSURANCE
COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN E. CHAMBERS,<br><br>        Plaintiff,<br><br>    v.<br><br>INTERNATIONAL FIDELITY INSURANCE COMPANY, an Entity of Unknown Form; and DOES 1-20<br><br>        Defendants. | CASE NO. C-08-02994 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR COMPLETING MEDIATION** |

IT IS HEREBY STIPULATED by and between Plaintiff, Kevin E. Chambers ("Plaintiff"), and Defendant, International Fidelity Insurance Company ("Defendant"), through their respective attorneys of record herein, as follows:

1. The current deadline to complete mediation in this case is June 22, 2009.  With the assistance of the Court's ADR Office, the parties and counsel have determined that July 13,

1  2009 is the next available date on which the mediation can occur.

2      2.      All necessary participants have set aside July 13, 2009 for mediation, and

3  Plaintiff and Defendant respectfully request that the mediation deadline be extended to that date.

4  Dated: June 19, 2009

```
                                        /s/ Charles Gossage
                                        Charles Gossage, Esq.
                                        Attorney for Plaintiff
                                        KEVIN E. CHAMBERS


Dated: June 19, 2009                    EPSTEIN, BECKER & GREEN, P.C.

                                        /s/ Andrew J. Sommer
                                        Steven R. Blackburn, Esq.
                                        Andrew J. Sommer, Esq.
                                        Attorneys for Defendant
                                        INTERNATIONAL FIDELITY
                                        INSURANCE COMPANY
```

### **[PROPOSED] ORDER**

Pursuant to the stipulation above, the deadline to complete mediation is extended to July 13, 2009.

IT IS SO ORDERED.

Dated:  June 23, 2009

_____
THE HONORABLE
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED.*
*Judge Marilyn H. Patel*
*UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

- 2 -

SF:588655v1      Stipulation and [Proposed] Order re: Mediation set
C-08-02994 MHP